Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 18−27113−JKS
                                      Chapter: 13
                                      Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven A. Feliciano | Wendi Feliciano |
| 140 Terhune Drive | 140 Terhune Drive |
| Wayne, NJ 07470 | Wayne, NJ 07470 |

Social Security No.:
   xxx−xx−0841                                                xxx−xx−1829

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 8/27/18 and a confirmation hearing on such Plan has been scheduled for 10/25/18 @ 9:00 a.m..

The debtor filed a Modified Plan on 11/8/18 and a confirmation hearing on the Modified Plan is scheduled for 12/13/18 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 14, 2018
JAN: smz

                                                                                                                Jeanne Naughton
                                                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-27113-JKS
Steven A. Feliciano                                                   Chapter 13
Wendi Feliciano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3            Date Rcvd: Nov 14, 2018
                              Form ID: 186             Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
```
db/jdb         +Steven A. Feliciano,   Wendi Feliciano,   140 Terhune Drive,    Wayne, NJ 07470-7104
517767977       American Express National Bank,   c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517723421      +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
517723424      +BHG, Inc.,   122 East 42nd Street,   Ste. 700,   New York, NY 10168-0699
517723425      +BHG, Inc.,   325 James Street,   Syracuse, NY 13203-1965
517723432      +CJC Law Office,   201 Solar Street,   Syracuse, NY 13204-1425
517803603       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
517723428      +Chase Card Services,   Attn: Correspondence Dept,   Po Box 15298,    Wilmington, DE 19850-5298
517723429      +Citibank / Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                 Saint Louis, MO 63179-0040
517723430      +Citibank North America,   Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
                 Saint Louis, MO 63179-0040
517723431      +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                 St Louis, MO 63179-0040
517855370       Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA 98083-0657
517840511     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,    P.O. Box 62180,
                 Colorado Springs, CO 80962)
517723435      +Ford Credit,   P.O. Box 152271,   Irving, TX 75015-2271
517723436      +Frd Motor Cr,   Po Box Box 542000,   Omaha, NE 68154-8000
517723441      +Payapl Credit Serivces/ SYNCB,   PO Box 960080,   Orlando, FL 32896-0080
517723442      +Public Service Fcu,   619 Union Ave,   Middlesex, NJ 08846-1963
517723440     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,
                 Compliance & Enforcement - Bankruptcy,   50 Barrack St., 9th Fl.,   PO Box 245,
                 Trenton, NJ 08695)
517723453      +Tnb-Visa (TV) / Target,   C/O Financial & Retail Services,   Mailstop BV  PO Box 9475,
                 Minneapolis, MN 55440-9475
517723454      +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
517723455      +Wells Fargo Bank,   Po Box 10438,   Macf8235-02f,   Des Moines, IA 50306-0438
517723456      +Wells Fargo Bank,   Attn: Bankruptcy,   Po Box 94435,   Albuquerque, NM 87199-4435
517741163      +Wells Fargo Bank, N.A.,   435 Ford Road, Suite 300,   St. Louis Park, MN 55426-4938
517723457      +Wf Pll,   Po Box 94435,   Albuquerque, NM 87199-4435
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2018 01:45:31     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2018 01:45:28     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517773644       E-mail/Text: djohnston@bhg-inc.com Nov 15 2018 01:44:10     Bankers Healthcare Group LLC,
                 201 Solar St,   Syracuse NY 13204
517723423       E-mail/Text: djohnston@bhg-inc.com Nov 15 2018 01:44:10     BHG,   10234 West State Road 84,
                 Davie, FL 33324
517723422      +E-mail/Text: djohnston@bhg-inc.com Nov 15 2018 01:44:10     Banker's Healthcare Group, LLC,
                 201 Solar Street,   Syracuse, NY 13204-1425
517723426      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2018 01:50:11     Cap1/bstby,
                 PO Box 30258,   Salt Lake City, UT 84130-0258
517723427      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2018 01:49:33     Capital One,
                 Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517773346       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2018 01:50:11
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
517723433      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 15 2018 01:45:07     Comenitycapital/zales,
                 Comenity Bank,   Po Box 182125,   Columbus, OH 43218-2125
517736471       E-mail/Text: mrdiscen@discover.com Nov 15 2018 01:44:16     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
517723434      +E-mail/Text: mrdiscen@discover.com Nov 15 2018 01:44:16     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517723437      +E-mail/Text: cio.bncmail@irs.gov Nov 15 2018 01:44:37     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
517723438      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 15 2018 01:44:25     Kohls/Capital One,
                 Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
517723439      +E-mail/Text: bk@lendingclub.com Nov 15 2018 01:46:03     Lending Club Corp,   71 Stevenson St,
                 Suite 300,   San Francisco, CA 94105-2985
517850322       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 02:02:33
                 Portfolio Recovery Associates, LLC,   c/o Best Buy Credit Card,   POB 41067,
                 Norfolk VA 23541
517850324       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 01:50:16
                 Portfolio Recovery Associates, LLC,   c/o Best Buy Visa,   POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-2          User: admin              Page 2 of 3            Date Rcvd: Nov 14, 2018
                              Form ID: 186             Total Noticed: 65


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517840663       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 01:50:15
                 Portfolio Recovery Associates, LLC,   c/o Care Credit,   POB 41067,   Norfolk VA 23541
517840751       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 02:02:22
                 Portfolio Recovery Associates, LLC,   c/o Gap Visa Card,   POB 41067,   Norfolk VA 23541
517850332       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 01:50:15
                 Portfolio Recovery Associates, LLC,   c/o Jc Penney Credit Card,   POB 41067,
                 Norfolk VA 23541
517850327       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 01:49:03
                 Portfolio Recovery Associates, LLC,   c/o Lowe's,   POB 41067,   Norfolk VA 23541
517850333       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 01:49:04
                 Portfolio Recovery Associates, LLC,   c/o Midas,   POB 41067,   Norfolk VA 23541
517840630       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 01:49:38
                 Portfolio Recovery Associates, LLC,   c/o Paypal Extras Mastercard,   POB 41067,
                 Norfolk VA 23541
517850341       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 01:50:16
                 Portfolio Recovery Associates, LLC,   c/o Pep Boys,   POB 41067,   Norfolk VA 23541
517850334       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 01:49:04
                 Portfolio Recovery Associates, LLC,   c/o Score Rewards,   POB 41067,   Norfolk VA 23541
517850331       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 02:02:33
                 Portfolio Recovery Associates, LLC,   c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
517850329       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 01:49:38
                 Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,   POB 41067,
                 Norfolk VA 23541
517840656       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 01:50:16
                 Portfolio Recovery Associates, LLC,   c/o Walmart Credit Card,   POB 41067,   Norfolk VA 23541
517836898       E-mail/Text: bnc-quantum@quantum3group.com Nov 15 2018 01:45:15
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA   98083-0788
517723443      +E-mail/Text: bankruptcyteam@quickenloans.com Nov 15 2018 01:45:55     Quicken Loans,
                 1050 Woodward Ave,   Detroit, MI 48226-1906
517854949      +E-mail/Text: bankruptcyteam@quickenloans.com Nov 15 2018 01:45:55     Quicken Loans Inc.,
                 635 Woodward Avenue,   Detroit, MI 48226-3408
517723444      +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 01:49:26     Syncb/car Care Midas,
                 Po Box 965036,   Orlando, FL 32896-5036
517723445      +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 01:50:01     Syncb/car Care Pep B,
                 Po Box 96060,   Orlando, FL 32896-0001
517723446      +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 01:48:54     Syncb/care Credit Du,
                 Po Box 96060,   Orlando, FL 32896-0001
517726234      +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 01:49:26     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517723447      +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 01:49:26     Synchrony Bank/ Dick's Sporting Goods,
                 PO Box 530916,   Atlanta, GA 30353-0916
517723448      +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 01:50:02     Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517723449      +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 01:48:53     Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517723450      +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 01:50:02     Synchrony Bank/Gap,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517723451      +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 01:49:26     Synchrony Bank/Lowes,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517723452      +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 01:49:27     Synchrony Bank/Walmart,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517853527      +E-mail/Text: bncmail@w-legal.com Nov 15 2018 01:45:43     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 41

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company LLC,   P.O. Box 62180,
                 Colorado Springs, CO  80962)
517854316*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,   Department of Treasury,
                 Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin               Page 3 of 3           Date Rcvd: Nov 14, 2018
                              Form ID: 186              Total Noticed: 65
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
          Guillermo   Gonzalez    on behalf of Joint Debtor Wendi   Feliciano ggonzalez@scuramealey.com,
           ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
          Guillermo   Gonzalez    on behalf of Debtor Steven A. Feliciano ggonzalez@scuramealey.com,
           ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
          John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company LLC
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Marie-Ann   Greenberg   magecf@magtrustee.com
          Rebecca Ann Solarz   on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 6
```