UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

46175 and 47296
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company LLC

**Order Filed on January 17, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

STEVEN FELICIANO
WENDI FELICIANO

Case No.: 18-27113

Chapter 13

Hearing Date: 12-13-18

Judge:  JKS

# ORDER RESOLVING OBJECTION TO CONFIRMATION OF FORD MOTOR CREDIT COMPANY LLC

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 17, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**Steven and Wendi Feliciano**
**18-27113(JKS)**
**Order resolving objection to confirmation of Ford Motor Credit Company LLC**
**Page 2**

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company LLC, ("Ford Credit") with the appearance of David Stevens Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. The debtors have two vehicle loans with Ford Motor Credit Company more particularly described as follows:
    a. A retail installment contract encumbering a 2018 Ford Explorer bearing vehicle identification number 1FM5K8D84JGA50614 with a remaining term that exceeds the length of the debtors' plan;
    b. A retail installment contract encumbering a 2018 Ford Fusion bearing vehicle identification number 3FA6P0HD2JR164287 with a remaining term that exceeds the length of the debtors' plan;

2. The objection to confirmation of Ford Credit to debtors' plan is resolved as follows:

    a. Ford Motor Credit Company LLC is unaffected by the plan and shall retain its lien on the vehicles after confirmation. In the event the plan completes before debtors' loan with Ford Credit are paid in full, then the loans shall not be discharged and the title to the vehicles will not be released to the debtors until such time as the loans are paid in full by the debtor according to their terms.
    b. The terms of this order shall be deemed to modify debtors' Chapter 13 Plan.