UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
46175 and 47296
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company LLC

**Order Filed on January 17, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

STEVEN FELICIANO
WENDI FELICIANO

Case No.: 18-27113

Chapter 13

Hearing Date: 12-13-18

Judge:  JKS

# ORDER RESOLVING OBJECTION TO CONFIRMATION OF FORD MOTOR CREDIT COMPANY LLC

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 17, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**Steven and Wendi Feliciano**
**18-27113(JKS)**
**Order resolving objection to confirmation of Ford Motor Credit Company LLC**
**Page 2**

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company LLC, ("Ford Credit") with the appearance of David Stevens Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. The debtors have two vehicle loans with Ford Motor Credit Company more particularly described as follows:
    a. A retail installment contract encumbering a 2018 Ford Explorer bearing vehicle identification number 1FM5K8D84JGA50614 with a remaining term that exceeds the length of the debtors' plan;
    b. A retail installment contract encumbering a 2018 Ford Fusion bearing vehicle identification number 3FA6P0HD2JR164287 with a remaining term that exceeds the length of the debtors' plan;

2. The objection to confirmation of Ford Credit to debtors' plan is resolved as follows:

    a. Ford Motor Credit Company LLC is unaffected by the plan and shall retain its lien on the vehicles after confirmation. In the event the plan completes before debtors' loan with Ford Credit are paid in full, then the loans shall not be discharged and the title to the vehicles will not be released to the debtors until such time as the loans are paid in full by the debtor according to their terms.
    b. The terms of this order shall be deemed to modify debtors' Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-27113-JKS
Steven A. Feliciano                                                     Chapter 13
Wendi Feliciano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jan 17, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2019.
db/jdb         +Steven A. Feliciano,    Wendi Feliciano,    140 Terhune Drive,    Wayne, NJ 07470-7104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2019 at the address(es) listed below:
          Guillermo  Gonzalez    on behalf of Joint Debtor Wendi  Feliciano ggonzalez@scuramealey.com,
           ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
          Guillermo  Gonzalez    on behalf of Debtor Steven A. Feliciano ggonzalez@scuramealey.com,
           ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
          John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company LLC
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6