UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

53219
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100

Attorney for Ford Motor Credit Company LLC

In Re:
STEVEN A. FELICIANO
WENDI FELICIANO

Case No.: 18-27113

Chapter 13

Judge: John K. Sherwood

**Order Filed on June 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## CONSENT ORDER VACATING AUTOMATIC STAY
## AS TO PERSONAL PROPERTY *NUNC PRO TUNC*

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 16, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor: Steven and Wendi Feliciano / 53219
Case No: 18-27113 (JKS)
Consent Order Vacating Automatic Stay as to personal property Nunc Pro Tunc

Upon consideration of the application of **Ford Motor Credit Company LLC** for an order for relief from the automatic stay *nunc pro tunc* to **April 18, 2022** (the date upon which the total loss of the vehicle occurred), and good cause appearing therefore, it is hereby:

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit Ford Motor Credit Company LLC to pursue the its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**FURTHER ORDERED** that the automatic stay is being vacated for the sole purpose of allowing Ford Motor Credit Company LLC to negotiate and apply the insurance proceeds following a total loss of the vehicle.

**Ordered that the terms of this order shall take effect immediately**.

The applicant shall serve this order on the debtors and the trustee.

Description of Subject Personal Property
2018 Ford Fusion
Vehicle identification number
3FA6P0HD2JR164287

We hereby consent to the form and entry of the within order:

_____
Guillermo Gonzalez, Esq.
Attorney for the debtors, Steven and Wendi Feliciano

_____
John R. Morton, Jr., Esq.,
Attorney for Creditor, Ford Motor Credit Company LLC

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-27113-JKS |
| Steven A. Feliciano | Chapter 13 |
| Wendi Feliciano | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 16, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Steven A. Feliciano, Wendi Feliciano, 140 Terhune Drive, Wayne, NJ 07470-7104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2022                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Guillermo Gonzalez | on behalf of Joint Debtor Wendi Feliciano ggonzalez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.co |
| Guillermo Gonzalez | on behalf of Debtor Steven A. Feliciano ggonzalez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.co |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 16, 2022 | Form ID: pdf903 | Total Noticed: 1 |

                magecf@magtrustee.com

Rebecca Ann Solarz

                on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com

U.S. Trustee

                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7