**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Steven A. Feliciano<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0841<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Wendi Feliciano<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1829<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–27113–JKS

## Order of Discharge                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven A. Feliciano                                         Wendi Feliciano

12/6/23                                                          **By the court:** John K. Sherwood
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Steven A. Feliciano  
Wendi Feliciano  
    Debtors

Case No. 18-27113-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Dec 06, 2023 | Form ID: 3180W | Total Noticed: 71 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven A. Feliciano, Wendi Feliciano, 140 Terhune Drive, Wayne, NJ 07470-7104 |
| 517723425 | + | BHG, Inc., 325 James Street, Syracuse, NY 13203-1965 |
| 517723424 | + | BHG, Inc., 122 East 42nd Street, Ste. 700, New York, NY 10168-0699 |
| 517723432 | + | CJC Law Office, 201 Solar Street, Syracuse, NY 13204-1425 |
| 517723441 | + | Payapl Credit Serivces/ SYNCB, PO Box 960080, Orlando, FL 32896-0080 |
| 517723442 | + | Public Service Fcu, 619 Union Ave, Middlesex, NJ 08846-1963 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 06 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 06 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Dec 07 2023 01:38:00 | Exeter Finance LLC Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 517767977 | | Email/PDF: bncnotices@becket-lee.com | Dec 06 2023 20:53:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517723421 | + | Email/PDF: bncnotices@becket-lee.com | Dec 06 2023 20:54:24 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517773644 | | Email/Text: bankruptcy@bhg-inc.com | Dec 06 2023 20:46:00 | Bankers Healthcare Group LLC, 201 Solar St, Syracuse NY 13204 |
| 517723423 | | Email/Text: bankruptcy@bhg-inc.com | Dec 06 2023 20:46:00 | BHG, 10234 West State Road 84, Davie, FL 33324 |
| 517723422 | + | Email/Text: bankruptcy@bhg-inc.com | Dec 06 2023 20:46:00 | Banker's Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204-1425 |
| 517723426 | + | EDI: CAPITALONE.COM | Dec 07 2023 01:38:00 | Cap1/bstby, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 517723427 | + | EDI: CAPITALONE.COM | Dec 07 2023 01:38:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517773346 | | EDI: CAPITALONE.COM | Dec 07 2023 01:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517803603 | | Email/PDF: bncnotices@becket-lee.com | Dec 06 2023 20:54:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517723429 | + | EDI: CITICORP | | |

Case 18-27113-JKS    Doc 58    Filed 12/08/23    Entered 12/09/23 00:17:44    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Dec 06, 2023 | Form ID: 3180W | Total Noticed: 71 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Dec 07 2023 01:38:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517723430 | + | EDI: CITICORP | Dec 07 2023 01:38:00 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517723431 | + | EDI: CITICORP | Dec 07 2023 01:38:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517723433 | + | EDI: WFNNB.COM | Dec 07 2023 01:38:00 | Comenitycapital/zales, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517723454 | | EDI: CITICORP | Dec 07 2023 01:38:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517855370 | | EDI: Q3G.COM | Dec 07 2023 01:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517736471 | | EDI: DISCOVER | Dec 07 2023 01:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517723434 | + | EDI: DISCOVER | Dec 07 2023 01:38:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 519584080 | + | EDI: AISACG.COM | Dec 07 2023 01:38:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517840511 | | Email/Text: EBNBKNOT@ford.com | Dec 06 2023 20:48:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 517723435 | + | Email/Text: EBNBKNOT@ford.com | Dec 06 2023 20:48:00 | Ford Credit, P.O. Box 152271, Irving, TX 75015-2271 |
| 517723436 | + | Email/Text: EBNBKNOT@ford.com | Dec 06 2023 20:48:00 | Frd Motor Cr, Po Box Box 542000, Omaha, NE 68154-8000 |
| 517723437 | + | EDI: IRS.COM | Dec 07 2023 01:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517723428 | | EDI: JPMORGANCHASE | Dec 07 2023 01:38:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517723438 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2023 20:47:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517723439 | + | EDI: LENDNGCLUB | Dec 07 2023 01:38:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 520055178 | + | EDI: LENDNGCLUB | Dec 07 2023 01:38:00 | Lending Club Corporation, Dept. #34268, PO Box 39000, San Francisco, CA 94139-0001 |
| 520081351 | + | EDI: LENDNGCLUB | Dec 07 2023 01:38:00 | LendingClub Corporation, Dept. #34268, PO Box 39000, San Francisco, CA 94139-0001 |
| 517850322 | | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517850324 | | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 517840663 | | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517840751 | | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Gap Visa Card, POB 41067, Norfolk VA 23541 |
| 517850332 | | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 517850327 | | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Lowe's, |

Case 18-27113-JKS    Doc 58    Filed 12/08/23    Entered 12/09/23 00:17:44    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 06, 2023 | Form ID: 3180W | Total Noticed: 71 |

| | | | |
|---|---|---|---|
| | | | POB 41067, Norfolk VA 23541 |
| 517850333 | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Midas, POB 41067, Norfolk VA 23541 |
| 517840630 | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Paypal Extras Mastercard, POB 41067, Norfolk VA 23541 |
| 517850341 | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Pep Boys, POB 41067, Norfolk VA 23541 |
| 517850334 | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Score Rewards, POB 41067, Norfolk VA 23541 |
| 517850331 | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 517850329 | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517840656 | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517836898 | EDI: Q3G.COM | Dec 07 2023 01:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517723443 | + Email/Text: bankruptcyteam@quickenloans.com | Dec 06 2023 20:48:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 517854949 | + Email/Text: bankruptcyteam@quickenloans.com | Dec 06 2023 20:48:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517723440 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 06 2023 20:47:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 517854316 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 06 2023 20:47:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 517723444 | + EDI: SYNC | Dec 07 2023 01:38:00 | Syncb/car Care Midas, Po Box 965036, Orlando, FL 32896-5036 |
| 517723445 | + EDI: SYNC | Dec 07 2023 01:38:00 | Syncb/car Care Pep B, Po Box 96060, Orlando, FL 32896-0001 |
| 517723446 | + EDI: SYNC | Dec 07 2023 01:38:00 | Syncb/care Credit Du, Po Box 96060, Orlando, FL 32896-0001 |
| 517726234 | + EDI: SYNC | Dec 07 2023 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517723447 | + EDI: SYNC | Dec 07 2023 01:38:00 | Synchrony Bank/ Dick's Sporting Goods, PO Box 530916, Atlanta, GA 30353-0916 |
| 517723448 | + EDI: SYNC | Dec 07 2023 01:38:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517723449 | + EDI: SYNC | Dec 07 2023 01:38:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517723450 | + EDI: SYNC | Dec 07 2023 01:38:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517723451 | + EDI: SYNC | Dec 07 2023 01:38:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517723452 | + EDI: SYNC | Dec 07 2023 01:38:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517853527 | + Email/Text: bncmail@w-legal.com | Dec 06 2023 20:48:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE |

| | | | | |
|---|---|---|---|---|
| | | | | 400, SEATTLE, WA 98121-3132 |
| 517723453 | + | EDI: WTRRNBANK.COM | Dec 07 2023 01:38:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 517723456 | + | EDI: WFFC2 | Dec 07 2023 01:38:00 | Wells Fargo Bank, Attn: Bankruptcy, Po Box 94435, Albuquerque, NM 87199-4435 |
| 517723455 | + | EDI: WFFC2 | Dec 07 2023 01:38:00 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517741163 | + | EDI: WFFC2 | Dec 07 2023 01:38:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 519794226 | + | EDI: WFFC2 | Dec 07 2023 01:38:00 | Wells Fargo N.A. Personal Lending, PO Box 564300, Charlotte, NC 28256-4300 |
| 517723457 | + | EDI: WFFC2 | Dec 07 2023 01:38:00 | Wf Pll, Po Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 65

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2023                 Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Guillermo Gonzalez | on behalf of Joint Debtor Wendi Feliciano ggonzalez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.co |
| Guillermo Gonzalez | on behalf of Debtor Steven A. Feliciano ggonzalez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.co |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Dec 06, 2023 | Form ID: 3180W | Total Noticed: 71 |

Jamal J Romero

on behalf of Joint Debtor Wendi Feliciano jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com

Jamal J Romero

on behalf of Debtor Steven A. Feliciano jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com

John R. Morton, Jr.

on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Marie-Ann Greenberg

magecf@magtrustee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9